```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 13841
   JOHN P GEORGE
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5129

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 05/30/2008 and was confirmed 09/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/12/2009.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
CHASE AUTO FINANCE         SECURED VEHIC    32010.90          346.35       3129.69
CHASE AUTO FINANCE         UNSECURED       NOT FILED             .00           .00
CHASE BANK USA NA          UNSECURED         1180.95             .00           .00
CITIBANK USA               UNSECURED       NOT FILED             .00           .00
TRINITY HOSPITAL           UNSECURED       NOT FILED             .00           .00
ECAST SETTLEMENT CORP      UNSECURED          986.03             .00           .00
ECAST SETTLEMENT CORP      UNSECURED         3415.20             .00           .00
ECAST SETTLEMENT CORP      UNSECURED         2136.14             .00           .00
SPIRIT OF AMERICA/LANE B   UNSECURED          142.36             .00           .00
ROUNDUP FUNDING LLC        UNSECURED         3684.38             .00           .00
RICHTON SQUARE APARTMENT   NOTICE ONLY    NOT FILED              .00           .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED              .00           .00
LEGAL HELPERS PC           DEBTOR ATTY      3,500.00                           .00
TOM VAUGHN                 TRUSTEE                                          288.96
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 3,765.00

PRIORITY                                        .00
SECURED                                    3,129.69
   INTEREST                                  346.35
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                         288.96
DEBTOR REFUND                                   .00
                       ---------------   ---------------
TOTALS                  3,765.00           3,765.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 13841 JOHN P GEORGE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/11/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

```
                                                      PAGE   2
         CASE NO. 08 B 13841 JOHN P GEORGE
```